PER CURIAM.
In Case Number 3D10-2481, this Court, pursuant to Florida Rule of Appellate Procedure 9.040(c), ordered that Renyel Pinto’s petition for writ of certiorari proceed as an appeal taken from a final order granting Major League Jewelers, Inc.’s motion for judgment on the pleadings. See GEICO Fin. Servs., Inc. v. Kramer, 575 So.2d 1345, 1346 (Fla. 4th DCA 1991) (“A self-executing final judgment in an action wherein no further judicial labor is required or contemplated ends the litigation between the parties.”).
In Case Number 3D10-2527, Pinto filed a notice of appeal from the same final order and from the ensuing order denying his motion for rehearing.[1] Having now determined the two appeals are duplicative, this Court, on its own motion, consolidates Case Numbers 3D10-2527 and 3D10-2481, and affirms the orders on appeal.
Cases consolidated; orders affirmed.

. Pinto filed a notice of a appeal in Case Number 3D10-2527 September 24, 2010, the same day this Court issued the order that his petition for writ of certiorari proceed as an appeal taken from a final order.